UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION NO. 1:24-CR-184-JPB |
| ARTHUR RAY HANSON, II, | |
| Defendant. | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Magistrate Judge's Report and Recommendation Concerning Plea of Guilty [Doc. 5].  No objections have been filed.

A district judge has broad discretion to accept, reject or modify a magistrate judge's proposed findings and recommendations.  United States v. Raddatz, 447 U.S. 667, 680 (1980).  Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews any portion of the Report and Recommendation that is the subject of a proper objection on a *de novo* basis and any non-objected-to portion under a "clearly erroneous" standard.  See also Fed R. Crim. Pro. 59(b)(3).

After careful consideration, the Court **APPROVES AND ADOPTS** the Report and Recommendation [Doc. 5] and **ACCEPTS** Defendant's plea of guilty to Count One of the First Superseding Indictment. A separate notice of sentencing will follow.

**SO ORDERED** this 3rd day of July, 2024.

_____
**J. P. BOULEE**
United States District Judge