# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| V | ) | Criminal Action |
| ARTHUR RAY HANSON, II | ) | No. 1:24-CR-00184 |
| | ) | |
| | ) | |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING DATE

COMES NOW, Arthur Ray Hanson, II, a defendant in the above styled case by and through the undersigned attorneys of record, and moves this Court to continue the sentencing date in this case and does show this Honorable Court the following to wit:

1. A sentencing date in the above captioned case is set for September 17th, 2024 at 1:00 pm.

2. Mrs. Judy Farris is the mother of the defendant Mr. Hanson and the most important person in his life.

3. Unfortunately, Mrs. Farris was recently diagnosed with cancer and has begun treatment.

4. Mr. Hanson has been involved in assisting with his mother's recovery process.

5. Mrs. Farris is 80 years old, and it is her wish to speak on her son's behalf in person.

1

6. We are respectfully requesting this Honorable Court continue the sentencing date to either October 29th or 30th of 2024. These dates have been confirmed available by Courtroom Deputy Clerk Ms. Jennifer Lee.

7. This continuance would allow Mrs. Farris the ability to speak at her son's sentencing and have her medical treatments tailored so she physically has the strength to make the trip and attend.

8. This continuance would allow to the defendant Mr. Hanson to continue to assist with his mother but additional time to make the necessary life arrangements if the court decides incarceration is appropriate.

9. This continuance would also allow time for the additional character witnesses to make the necessary travel arrangements.

10. This is an unopposed motion made with permission from the United States Attorneys Office.

11. This motion is made in good faith and not for mere delay.

12. Granting this motion would serve to vindicate Defendant's constitutional rights to effective assistance of counsel, due process of law, equal protection of the law, and freedom from cruel and unusual punishment.

**WHEREFORE**, for the reasons set forth above, as well as in the interests of justice, defendant Arthur Ray Hanson respectfully requests that this Court grant the instant motion and continue the sentencing date.

Respectfully Submitted,

ARTHUR RAY HANSON, II, DEFENDANT

BY: _____ /s/ Tyler Wolas

Timothy Mays GAB#742438

                                       Tyler S. Wolas FLB#86283

                                       ATTORNEYS FOR DEFENDANT

OF COUNSEL:

__/s/ Timothy Mays_____

Timothy Mays, Esq.

3780 Old Norcross Rd. Suite 103

Duluth, GA 30096

Tel: (678) 404-2706

Fax: (678) 281-1314

Tmays32@gmail.com

Wolas Law Group, PLLC

3959 Van Dyke Road #95

Lutz, Fl 33558

Tel: (727) 831-0173

Tylerswolas@gmail.com