UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CIVIL ACTION NO. 1:24-CR-00184-JPB |
| ARTHUR RAY HANSON, II, | |
| Defendant. | |

## ORDER

It is **ORDERED** that Defendant's counsel of record, Tyler Wolas and Timothy Maurice Mays, may each bring in a cellular telephone into the courthouse for the sentencing hearing set for 2:30 PM on October 28, 2024, in Courtroom 1908.

Proper identification will be required upon entering the security station on the plaza or lower plaza level. Any equipment shall be subject to inspection by the United States Marshal's Service. Recording of court proceedings is strictly prohibited.

**SO ORDERED** this 29th day of October, 2024.

J. P. BOULEE
United States District Judge